# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SARNOWSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>　　　　Defendant. | Case No.: 1:21-cv-01568-JLT-BAK (SKO)<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 16) |

The parties report that this matter has settled in all respects and indicate they will be filing a request for dismissal with prejudice. (Doc. 16).  Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed <u>**no later than July 15, 2022**</u>;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:　**May 20, 2022**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE