UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SARNOWSKI, | Case No.: 1:21-cv-01568-JLT-BAK (SKO) |
| Plaintiff, | ORDER CLOSING THE CASE |
| v. | (Doc. 18) |
| SECURITAS SECURITY SERVICES USA, INC., | |
| Defendant. | |

The parties have stipulated to the action, including all claims and counterclaims, being dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs. (Doc. 18.) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **June 15, 2022**                                  /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE